AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:25-SW-670
U.S. POSTAL SERVICE PARCEL: )
TRACKING NUMBER 9405 5361 0619 3303 0284 35 CURRENTLY LOCATED )
AT DULLES PROCESSING AND DISTRIBUTION CENTER AT 44715 PRENTICE )
DRIVE, DULLES, VIRGINIA 20101 IN THE EASTERN DISTRICT OF VIRGINIA )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Eastern     District of     Virginia
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before     August 18, 2025     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     The Honorable William B. Porter     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   08/04/2025 3:30 pm                      _____
                                                                               *Judge's signature*

City and state:    Alexandria, Virginia                The Honorable William B. Porter, U.S Magistrate Judge
                                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:25-SW-670 | Date and time warrant executed:<br>5 Aug 2025 / 1259 HRS | Copy of warrant and inventory left with:<br>USPIS |
| Inventory made in the presence of :<br>Postal Inspector Grant and TFO Rutz | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br>No nefarious items were found inside the mailing vessel. USPS Priority 9405 5361 0619 3303 0284 35 was returned to the mail stream. --------------------------------------------------------------------------------------------------------------------------<br>-------------------------------------------------------Nothing Follows------------------------------------------------------------- | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5 Aug 2025

*Alexander B Grant*
*Executing officer's signature*

Alexander Grant / 7552/ US Postal Inspector
*Printed name and title*

## ATTACHMENT A

## ITEM TO BE SEARCHED

The **SUBJECT PARCEL** is described as follows:

| Subject Parcel | Express (E), Priority (P), First Class (F), or Registered (R) Tracking ID Number | From: Name and Address | To: Name and Address | Current Parcel Location |
|---|---|---|---|---|
| 1 | (P) 9405 5361 0619 3303 0284 35 | MAN COLOR CLOTH 955 JUNIPER ST NE UNIT 2219, ATLANTA GA 30309-5108 | JOHN SIERRA 9223 PALOMA LN SPRINGFIELD VA 22153-1604 | USPS P&DC in Dulles VA, located in the Eastern District of Virginia |



11

## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED

1. All contents of the **SUBJECT PARCEL** described in Attachment A that relate to violations of 21 U.S.C. §§ 841 and 846 (the "Target Offenses"), including:

   a. Narcotics or other controlled substances, as well as contraband related to drug trafficking, *e.g.*, packaging materials;

   b. Any United States currency or other financial instruments that appear to be proceeds related to the distribution or purchase of illegal narcotics;

   c. Any customer or distributor records related to drug trafficking;

   d. Any items used to track the contents of the package;

   e. Business ledgers, lists, and notations relating to drug trafficking;

   f. Records of a financial nature that suggest how payment for illegal narcotics is conducted; and

   g. Other evidence of transactions in relation to drug trafficking.